**Fill in this information to identify the case:**

Debtor name **Briarwood Cabinetry & Millwork, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-09308**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 12, 2022**

X **/s/ Sylvia Immell**
Signature of individual signing on behalf of debtor

**Sylvia Immell**
Printed name

**Trustee of the Immell Family Trust Dated 4/5/2019**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Briarwood Cabinetry & Millwork, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-09308**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals **12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*... | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*... | $ **207,508.98** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*... | $ **207,508.98** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*... | $ **249,499.98** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*... | $ **26,769.81** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*... | **+**$ **1,012,592.60** |
| 4. **Total liabilities** ... Lines 2 + 3a + 3b | $ **1,288,862.39** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Briarwood Cabinetry & Millwork, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-09308**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Wells Fargo (balance as of 11/30/2021)** | **Checking** | **3324** | **$933.98** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$933.98**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **1410EB, LLC - landlord** | **$10,000.00** |
| 7.2. | **SRP utility deposit** | **$2,500.00** |
| 7.3. | **City of Phoenix security deposit** | **$250.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

1/12/22 5:48PM

Debtor **Briarwood Cabinetry & Millwork, LLC** Case number *(If known)* **2:21-bk-09308**
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$12,750.00**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **12,000.00** (face amount) - **12,000.00** (doubtful or uncollectible accounts) = .... **$0.00**

12. **Total of Part 3.** **$0.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| | **Work in progress** | | **Unknown** | | **Unknown** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** **$0.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
Valuation method ______ Current Value ______

Official Form 206A/B Schedule A/B Assets - Real and Personal Property page 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ Yes. Book value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Office furniture** | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Computer and printer/scanner** | **$0.00** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$0.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 47.1. | **2016 GMC Savana 3500 Cargo Van VIN 1GTZ7GFL6G 1286938 Believed to be in the possesion of former employee, Rodney McGalliard, who alleges ownership interest** | **Unknown** | | **$13,625.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Description | Net book value | Valuation method | Current value |
|---|---|---|---|
| **Centre Point Router, Feddes Edgebander & Sander<br>Format 4 Profit H08 16.31 CNC Router<br>SN 305.01.007.16 Yr2015<br>Format 4 FD21 Pro Horizontal Boring Drill<br>SN 432.10.079.16 Yr 2015<br>Becker VTLF2. 250 Vacuum Pump (2)<br>SN A2971389 Yr2015<br>SN A297381 Yr2015<br>LMC IRWE-917W3 Dust Collection<br>SN 05435 Yr 2009<br>Format 4 Tempora 60.12 CNC Edgebander<br>SN 202.09.018.16 Yr2016<br>Grass Pro 1 Hinge Boring Press (2)<br>SN 4118<br>SN 4130<br>Format 4 Kappa 400 Sliding Table Saw<br>SN 605.10.038.16 Yr2015<br>Shop Fox W1803 Rip Saw<br>SN 96A06100 Yr 2007<br>Quincy QT7.5 Air Compressor (2)<br>SN Z0061026-0240 Yr2014<br>SN 130628002-9 Yr 2011<br>SCM SuperFici Mini Spray Line<br>SN T196-003 Yr 2015<br>Colmet 1013-08 Spray Booth<br>SN 1013-08 Yr 2007<br>Square D PowerBuss Bussway 200' w/ Buss Plugs<br>Nord-Fab Dust collection ducting<br>LOCATION OF EQUIPMENT: 1410 E. BROADWAY ST., PHOENIX, AZ and 1450 SOUTH 16TH ST. , PHOENIX, AZ (unauthorized storing of Debtor's assets by Rodney McGalliard)** | **$0.00** | **FMV Appraisal** | **$168,200.00** |
| **Mitsubishi FD25N Forklift<br>SN AF17D01937 Yr2005<br>LOCATION OF EQUIPMENT: 1410 E. BROADWAY ST., PHOENIX, AZ** | **$0.00** | | **$12,000.00** |

51. **Total of Part 8.** **$193,825.00**

Add lines 47 through 50. Copy the total to line 87.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Building and property at 1400 E. Broadway Road, Phoenix, AZ 85040 Lease Expires 12/31/2021** | **Leasehold interest** | **$0.00** | | **$0.00** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Briarwood Cabinetry & Millwork, LLC** Case number *(If known)* **2:21-bk-09308**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$933.98** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$12,750.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$193,825.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$207,508.98** | **+** 91b. **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$207,508.98**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Briarwood Cabinetry & Millwork, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-09308**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **Ally Financial** | **$17,419.90** | **$13,625.00** |
| 2.2 **Ascentium Capital LLC** | **$1,898.52** | **Unknown** |

**2.1 Ally Financial**
Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/19/2017**

**Last 4 digits of account number**
**9443**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 GMC Savana 3500 Cargo Van**
**VIN 1GTZ7GFL6G 1286938**
**Believed to be in the possession of former employee, Rodney McGalliard, who alleges ownership interest**

**Describe the lien**
**Vehicle Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**2.2 Ascentium Capital LLC**
Creditor's Name

**23970 Highway 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/2017**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Woodworking equipment**

**Describe the lien**
**UCC-1 Financing Statement ($1,901.99/month)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

1/12/22 5:48PM

Debtor **Briarwood Cabinetry & Millwork, LLC** Case number (if known) **2:21-bk-09308**
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 Ascentium Capital LLC** | **$35,003.68** | **Unknown**
Creditor's Name

**23970 Highway 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/2017**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Spray Booth**

**Describe the lien**
**UCC-1 Financing Statement ($2,990.16/month)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 CT Corporation System** | **Unknown** | **Unknown**
Creditor's Name

**330 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/16/2016**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 ENGS Commercial Finance Co.** | **Unknown** | **Unknown**
Creditor's Name

**P.O. Box 128**
**Itasca, IL 60143-0128**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lincoln Electric Torchmate 5100 CNC Plasma cutting table**

**Describe the lien**
**UCC-1 Financing Statement**

Official Form 206D Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** page 2 of 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

1/12/22 5:48PM

Debtor **Briarwood Cabinetry & Millwork, LLC** Case number (if known) **2:21-bk-09308**
Name

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/15/2020**
**Last 4 digits of account number**
**2215**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Hardwoods Specialy Products US LP**
Creditor's Name
**6400 Sycamore Canyon Blvd.**
**Riverside, CA 92507**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All accounts, A/R, inventory, work in process, finished goods, equipment, machinery, furniture, fixtures and efects, contracts & contract rights, general intangibles, & proceeds & products thereof, now or hereafter owned or acquired**

**$2,287.75** **Unknown**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/14/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Marlin Capital Solutions**
Creditor's Name
**Marlin Business Bank**
**P.O. Box 13604**
**Philadelphia, PA 19101-3604**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Felder FD21 Dowell Drilling**

**$23,782.47** **Unknown**

**Describe the lien**
**UCC-1 Financing Statement ($1,006.39/month)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/2017**
**Last 4 digits of account number**
**8001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** page 3 of 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Susquehanna Commercial Finance, Inc.**
Creditor's Name
**2 Country View Road**
**Suite 300**
**Malvern, PA 19355**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/26/216**
**Last 4 digits of account number**
**7854**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Centre Point Router, Feddes Edgebander & Sander**

**Describe the lien**
**UCC-1 Financing Statement ($3,256.98/month)**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19,107.66** **Unknown**

---

2.9 **U.S. Small Business Administration**
Creditor's Name
**10737 Gateway West, #300**
**El Paso, TX 79935**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/18/20**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All tangible and intangible personal property**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$150,000.00** **Unknown**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$249,499.98**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Briarwood Cabinetry & Millwork, LLC** Case number (if known) **2:21-bk-09308**
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **CT Corporation System**<br>**330 N. Brand Blvd., Suite 700**<br>**Glendale, CA 91203** | Line **2.7** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Briarwood Cabinetry & Millwork, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-09308**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Arizona Department of Economic Security**<br>**Unemployment Tax, 911B**<br>**P.O. Box 6028**<br>**Phoenix, AZ 85005-6028**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>**for notice purposes**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**c/o AZ Atty Gen Tax, Bankr & Coll Sect**<br>**2005 North Central Avenue**<br>**Phoenix, AZ 85004-1592**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>**for notice purposes**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com 30975 Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Barry & Sheila Maiden**<br>**7637 N. 6th Avenue**<br>**Phoenix, AZ 85021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**deposit for cabinets** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Cindy and Chris Guell**<br>**15041 S. 21st Place**<br>**Phoenix, AZ 85048** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**deposits for cabinets** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Curt & Debbie Dulak**<br>**16810 E. Jacklin Drive**<br>**Fountain Hills, AZ 85268** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$26,769.81** | **$3,600.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**deposit for remodel** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Dallas and Connie Bridges**<br>**2457 S. Joplin**<br>**Mesa, AZ 85209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**deposit for cabinets** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

2.7 Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.8 Priority creditor's name and mailing address
**Troy and Elizabeth McGahey**
**2079 E. Maplewood St.**
**Gilbert, AZ 85297**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**deposit for cabinets**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**1410EB LLC**
**4701 N. 55th Street**
**Phoenix, AZ 85018-1908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$42,243.36**

**Basis for the claim:** **potential past due rent for lease that ends 12/31/2021 and repairs**

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**Apollo Builders, LLC**
**10345 E. Desert Cove**
**Scottsdale, AZ 85260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**Arizona Registrar of Contractors**
**1700 W. Washington St., #105**
**Phoenix, AZ 85007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.4** **Nonpriority creditor's name and mailing address**
**Everett Butler**
**Butler Law Firm**
**2425 E. Montecito Ave**
**Phoenix, AZ 85016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,798.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** legal fees
Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
**Ray Immell % Sylvia Immell, Trustee**
**Immell Family Trust dtd 4/5/2019**
**4024 E. Hermosa Vista Drive**
**Mesa, AZ 85215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$864,088.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** loan as of 12/31/2020
Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
**Rochelle's Creative Edge, LLC**
**10645 S. Saratoga Circle**
**Sun City, AZ 85351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,118.79**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** deposit for cabinetry work
Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
**Rodney McGalliard**
**20633 N. Shadow Mountain Drive**
**Surprise, AZ 85374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,342.81**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** loan
Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
**Rugby Holdings, LLC**
**1209 Oranbe St**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** breach of contract
Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
**US Industrial Fasteners**
**P.O. Box 7245**
**Tempe, AZ 85281-0009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** supplies
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arizona Department of Economic Security**<br>**1789 W. Jefferson Street**<br>**Phoenix, AZ 85007-3202** | Line 2.1<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Hardwood Specialty Products US LP**<br>**#306 9440-202nd Street**<br>**Langley, BC V1M 4A6**<br>**CANADA** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **James Reed**<br>**Udall Shumway PLC**<br>**1138 N. Alma School Road, #101**<br>**Mesa, AZ 85201** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Rugby Holdings, LLC**<br>**4802 W. Polk Street, #160**<br>**Phoenix, AZ 85043** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **26,769.81** |
| **5b. Total claims from Part 2** | 5b. | + | $ **1,012,592.60** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **1,039,362.41** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Briarwood Cabinetry & Millwork, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-09308**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of property at 1410 E. Broadway Road, Phoenix, AZ 85040 Lease expires 12/31/2021** | |
| State the term remaining | **3 days** | **1410EB LLC**<br>**4701 N. 55th Street**<br>**Phoenix, AZ 85018-1908** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Briarwood Cabinetry & Millwork, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-09308**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **E.R. Wood Cabinetry LLC** | **c/o United States Corporation Agents, In<br>17470 N. Pacesetter Way<br>Scottsdale, AZ 85255** | **Rochelle's Creative Edge, LLC** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.2 | **E.R. Wood Cabinetry LLC** | **c/o United States Corporation Agents, In<br>17470 N. Pacesetter Way<br>Scottsdale, AZ 85255** | **Barry & Sheila Maiden** | ☐ D<br>■ E/F **2.3**<br>☐ G |
| 2.3 | **E.R. Wood Cabinetry LLC** | **c/o United States Corporation Agents, In<br>17470 N. Pacesetter Way<br>Scottsdale, AZ 85255** | **Cindy and Chris Guell** | ☐ D<br>■ E/F **2.4**<br>☐ G |
| 2.4 | **E.R. Wood Cabinetry LLC** | **c/o United States Corporation Agents, In<br>17470 N. Pacesetter Way<br>Scottsdale, AZ 85255** | **Curt & Debbie Dulak** | ☐ D<br>■ E/F **2.5**<br>☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Briarwood Cabinetry & Millwork, LLC** Case number *(if known)* **2:21-bk-09308**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **E.R. Wood Cabinetry LLC** | **c/o United States Corporation Agents, In 17470 N. Pacesetter Way Scottsdale, AZ 85255** | **Dallas and Connie Bridges** | ☐ D<br>■ E/F **2.6**<br>☐ G |
| 2.6 | **E.R. Wood Cabinetry LLC** | **c/o United States Corporation Agents, In 17470 N. Pacesetter Way Scottsdale, AZ 85255** | **Troy and Elizabeth McGahey** | ☐ D<br>■ E/F **2.8**<br>☐ G |
| 2.7 | **E.R. Wood Finish Solutions LLC** | **c/o United States Corporation Agents, In 17470 N. Pacesetter Way Scottsdale, AZ 85255** | **Rochelle's Creative Edge, LLC** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.8 | **E.R. Wood Finish Solutions LLC** | **c/o United States Corporation Agents, In 17470 N. Pacesetter Way Scottsdale, AZ 85255** | **Barry & Sheila Maiden** | ☐ D<br>■ E/F **2.3**<br>☐ G |
| 2.9 | **E.R. Wood Finish Solutions LLC** | **c/o United States Corporation Agents, In 17470 N. Pacesetter Way Scottsdale, AZ 85255** | **Cindy and Chris Guell** | ☐ D<br>■ E/F **2.4**<br>☐ G |
| 2.10 | **E.R. Wood Finish Solutions LLC** | **c/o United States Corporation Agents, In 17470 N. Pacesetter Way Scottsdale, AZ 85255** | **Curt & Debbie Dulak** | ☐ D<br>■ E/F **2.5**<br>☐ G |
| 2.11 | **E.R. Wood Finish Solutions LLC** | **c/o United States Corporation Agents, In 17470 N. Pacesetter Way Scottsdale, AZ 85255** | **Dallas and Connie Bridges** | ☐ D<br>■ E/F **2.6**<br>☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.12 | **E.R. Wood Finish Solutions LLC** | **c/o United States Corporation Agents, In<br>17470 N. Pacesetter Way<br>Scottsdale, AZ 85255** | **Troy and Elizabeth McGahey** | ☐ D<br>■ E/F **2.8**<br>☐ G |
| 2.13 | **Leah McGalliard** | **20633 N. Shadow Mountain Drive<br>Surprise, AZ 85374** | **Everett Butler** | ☐ D<br>■ E/F **3.4**<br>☐ G |
| 2.14 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive<br>Surprise, AZ 85374** | **Everett Butler** | ☐ D<br>■ E/F **3.4**<br>☐ G |
| 2.15 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive<br>Surprise, AZ 85374** | **1410EB LLC** | ☐ D<br>■ E/F **3.1**<br>☐ G |
| 2.16 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive<br>Surprise, AZ 85374** | **Ally Financial** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.17 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive<br>Surprise, AZ 85374** | **Rochelle's Creative Edge, LLC** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.18 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive<br>Surprise, AZ 85374** | **Barry & Sheila Maiden** | ☐ D<br>■ E/F **2.3**<br>☐ G |
| 2.19 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive<br>Surprise, AZ 85374** | **Cindy and Chris Guell** | ☐ D<br>■ E/F **2.4**<br>☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Briarwood Cabinetry & Millwork, LLC** Case number *(if known)* **2:21-bk-09308**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.20 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive Surprise, AZ 85374** | **Curt & Debbie Dulak** | ☐ D<br>■ E/F **2.5**<br>☐ G |
| 2.21 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive Surprise, AZ 85374** | **Dallas and Connie Bridges** | ☐ D<br>■ E/F **2.6**<br>☐ G |
| 2.22 | **Rodney McGalliard** | **20633 N. Shadow Mountain Drive Surprise, AZ 85374** | **Troy and Elizabeth McGahey** | ☐ D<br>■ E/F **2.8**<br>☐ G |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Briarwood Cabinetry & Millwork, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-09308**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ■ Operating a business<br>■ Other **Balance as of November 30, 2021, estimate based on deposits shown on bank statements** | **$422,753.82** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$487,468.00** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$344,850.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Rodney McGalliard<br>20633 N. Shadow Mountain Drive<br>Surprise, AZ 85374<br>Former member and person with exclusive control from 10/2020 to filing** | **unknown** | **Unknown** | **Unknown** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Copper Canyon Millworks, LLC and Sam Caprar vs. Briarwood Cabinetry & Millwork, LLC, Rod McGalliard and Leah McGalliard<br>CV2020-012918** | **breach of contract** | **Maricopa County Superior Court<br>201 W. Jefferson Street<br>Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Rugby Holdings LLC vs Briarwood Cabinetry & Millwork LLC and Rodney McGalliard<br>CV2021-092977** | **breach of contract** | **Maricopa County Superior Court<br>201 W. Jefferson Street<br>Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen Barnes & Jones, PLC**<br>**1850 N. Central Avenue, Suite 1150**<br>**Phoenix, AZ 85004** | **Attorney's fee of $7,500 and filing fee of $338** | | **$7,838.00** |

**Email or website address**
**pgiles@allenbarneslaw.com**

**Who made the payment, if not debtor?**
**Sylvia Immell**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **U.S. Small Business Administration**<br>**10737 Gateway West, #300**<br>**El Paso, TX 79935** | **Blanket lien** | **6/2020** | **$150,000.00** |
| | Relationship to debtor<br>**No relationship to the Debtor** | | | |

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Unknown** | **1410 E. Broadway Phoenix, AZ 85040** | **Partially built cabinets** | **Unknown** |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Jack Colaric**<br>**Union Tax Service**<br>**2021 N. 24th Street**<br>**Phoenix, AZ 85008** | **last 2 years** |
| 26a.2. | **Rodney McGalliard**<br>**20633 N. Shadow Mountain Drive**<br>**Surprise, AZ 85374** | **last 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Jack Colaric**<br>**Union Tax Service**<br>**2021 N. 24th Street**<br>**Phoenix, AZ 85008** | **last 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jack Colaric**<br>**Union Tax Service**<br>**2021 N. 24th Street**<br>**Phoenix, AZ 85008** | |
| 26c.2. **Rodney McGalliard**<br>**20633 N. Shadow Mountain Drive**<br>**Surprise, AZ 85374** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Immell Family Trust dtd 4/5/2019** | **Attn: Sylvia Immell, Trustee**<br>**4024 E. Hermosa Vista Drive**<br>**Mesa, AZ 85215** | **Manager/Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ray Immell** | **Deceased** | **Member** | **3/23/2009 to death in October 2020.** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
| --- | --- |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 12, 2022**

**/s/ Sylvia Immell**
Signature of individual signing on behalf of the debtor

**Sylvia Immell**
Printed name

Position or relationship to debtor **Trustee of the Immell Family Trust Dated 4/5/2019**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Arizona

In re **Briarwood Cabinetry & Millwork, LLC** Debtor(s)

Case No. **2:21-bk-09308**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

☐ Debtor ■ Other (specify): **Sylvia Immell**

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**adversary proceedings or contested matters.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 12, 2022**
*Date*

**/s/ Philip J. Giles**
**Philip J. Giles 30340**
*Signature of Attorney*
**Allen Barnes & Jones, PLC**
**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000 Fax: 602-252-4712**
**pgiles@allenbarneslaw.com**
*Name of law firm*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re **Briarwood Cabinetry & Millwork, LLC** Debtor(s)

Case No. **2:21-bk-09308**
Chapter **7**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the Trustee of the Immell Family Trust Dated 4/5/2019 of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **4** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **January 12, 2022**

**/s/ Sylvia Immell**
**Sylvia Immell**/**Trustee of the Immell Family Trust Dated 4/5/2019**
Signer/Title

Date: **January 12, 2022**

**/s/ Philip J. Giles**
Signature of Attorney
**Philip J. Giles 30340**
**Allen Barnes & Jones, PLC**
**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000 Fax: 602-252-4712**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy