**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com

Attorneys for Brian J. Mullen, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| BRIARWOOD CABINETRY & MILLWORK, LLC, | No. 2:21-bk-09308-BKM |
| Debtor. | **FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS AND *REQUEST FOR NOTICING THROUGH TRUSTEE'S FINAL REPORT*** |

I.  **GENERAL INFORMATION**.

Lane & Nach, P.C., (hereinafter "Attorney"), counsel for Brian J. Mullen, Chapter 7 Trustee in the above-captioned case (hereinafter "Trustee") makes its Final Application for Payment of Attorneys' Fees and Costs and *Request for Noticing Through Trustee's Final Report* ("Application"). In support of its Application, Attorney submits its billing statements for the period of December 29, 2021 through June 30, 2022, which are attached hereto and incorporated herein. In further support of its Application, Attorney respectfully represents as follows:

II.  **NARRATIVE SUMMARY**.

  A. Background.

    1. This case was commenced by voluntary petition filed on or about December 29, 2021. Thereafter, Brian J. Mullen was appointed Trustee.

    2. Attorney's employment as counsel for the Trustee was approved by Order of this Court dated December 29, 2021.

    3. Attorney has expended in excess of 40.60 hours in its representation of the Trustee. Based upon Attorney's ordinary hourly rates in effect at the time said services were rendered, Attorney's total fees are $11,953.00. In addition, Attorney has incurred out-of-pocket expenses for which it is seeking

reimbursement in the sum of $0.00. The blended hourly rate is $335.00. The total amount sought by Attorney is as follows:

| Total Fees | $11,953.00 |
|---|---|
| Total Costs | $31.32 |
| Less Reduction for Costs | -$31.32 |
| Total | $11,953.00 |

4. The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b) and Rule 2016(a), F.R.B.P. and in compliance with this Court's Order Authorizing Trustee to Employ Attorney, and the Guidelines of the Office of the U.S. Trustee for the District of Arizona.

5. Except as Attorney may be entitled to receive compensation herein, Attorney has no arrangements with any other parties whatsoever to pay Attorney for the services of Attorney to the estate, nor has Attorney received any funds from any parties whatsoever for the services rendered to the estate. Additionally, Attorney has not made any arrangements to share any compensation received by Order of this Court with any other party, nor does Attorney have arrangements for sharing of any compensation herein awarded, except as are normally divided among members and/or associates of its firm.

6. The names of all of Attorney's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by certified bankruptcy specialists and other professionals of similar experience in Phoenix, Arizona.

| *Title* | *Name/Billing Code* | *Hourly Rate(s)* | *Year Admitted to Practice* |
|---|---|---|---|
| **Partner** | Adam B. Nach (ABN/Partner) | $375 | 1991 |
| **Associate** | Kris R. McDonald (KRM/Associate) | $295 | 2007 |
| **Paralegal** | Sheila M. Rochin (SMR/Paralegal) | $175 | N/A |
| **Paralegal** | Danica Acosta (DA/Paralegal) | $120 | N/A |
| **Paralegal** | Deb McKernan (DJM/Paralegal) | $170 | N/A |

7. This Application is filed more than 120 days after the Order for relief and more than 120 days after a prior application.

B. Case Status.

2

1. To the best of Attorney's information and belief, the approximate amount of cash on hand or on deposit in this bankruptcy estate is $1,135.00.

2. Attorney is not aware of any other requests for compensation pending before this Court. To the best of Attorney's information and belief, there are no other approved and unpaid administrative expenses other than those applied for herein.

3. To the best of Attorney's information, there are no encumbered funds in the estate.

4. Trustee anticipates that the Notice of Proposed Distribution should be submitted on or before November, 2022.

C. Project Summary.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project.

1. Case Administration. As more fully set forth in **Exhibit "A"**, Attorney has performed professional services with respect to the general administration of this bankruptcy estate. Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case. Time and attention was incurred in the review of Debtor's statements and schedules filed with the Court. Attorney reviewed and analyzed the Estate's equipment and determined the equipment did not have any equity to benefit the estate. In connection with this subject area, Attorney expended a total of:

| *Title* | *Name* | *Hourly Rate(s)* | *Hours* | *Dollar Amount* |
|---|---|---|---|---|
| **Partner** | Adam B. Nach | $375 | 10.00 | $3,750.00 |
| **Associate** | Kris R. McDonald | $295 | 24.30 | $7,168.50 |
| **Paralegal** | Danica Acosta | $120 | 1.00 | $120.00 |
| **Paralegal** | Deb McKernan | $170 | 2.60 | $442.00 |
| **Paralegal** | Sheila M. Rochin | $175 | 2.70 | $472.50 |
| **TOTAL** | | | | $11,953.00 |

As detailed on **Exhibit "A",** the costs for which Attorney seeks reimbursement total $0.00.

III. *EVALUATION STANDARDS*.

A. Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to compensation therefor and that performance of same has benefited the estate.

3

B. Trustee has approved of the fees and costs sought herein.

IV. **CONCLUSION.**

Based on the foregoing, Lane & Nach, P.C., respectfully requests that this Court enter its Order:

A. Approving and authorizing payment of fees to Lane & Nach, P.C. in the sum of $11,953.00, through Trustee's Final Report, for services provided herein for the period of December 29, 2021 through June 30, 2022; and,

B. Approving and authorizing reimbursement of out-of-pocket expenses to Lane & Nach, P.C., in the sum of $0.00 incurred herein through Trustee's Final Report; and,

C. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 1st day of July, 2022.

**LANE & NACH, P.C.**

By  /s/ Adam B. Nach – 013622
    Adam B. Nach
    Attorneys for Trustee

Copy of the foregoing delivered
via electronic Court notification to:

Philip J. Giles
Allen Barnes & Jones, PLC
1850 N. Central Ave., Ste. 1150
Phoenix, AZ 85004
Email: pgiles@allenbarneslaw.com

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By  /s/ Danica Acosta

# EXHIBIT "A"

# LANE & NACH, P.C.

2001 E. Campbell Avenue

Suite 103

PHOENIX, AZ 85016

Telephone: (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

BRIAN MULLEN

Statement Date: June 30, 2022
Statement No. 97788
Account No. 13022.627

Page: 1

RE: BRIARWOOD CABINETRY & MILLWORK, LLC

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/29/2021 | SMR | REVIEW FILE FOR CONFLICTS; PREPARATION OF APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE, ATTORNEY DISINTERESTEDNESS DECLARATION AND FORM OF ORDER; ELECTRONIC COURT FILING. | 175.00 | 1.00 | 175.00 |
| | KRM | CONFERENCE REGARDING CASE ISSUES AND STRATEGY. | 295.00 | 0.30 | 88.50 |
| | KRM | INVESTIGATE DEBTOR'S CORPORATE IDENTITY. | 295.00 | 0.40 | 118.00 |
| | KRM | CONDUCT UCC LIEN SEARCH. | 295.00 | 0.20 | 59.00 |
| | KRM | BEGIN TO REVIEW RECORDED UCC LIENS PROVIDED BY DEBTOR'S COUNSEL. | 295.00 | 0.30 | 88.50 |
| | KRM | STRATEGIZE REGARDING EMPLOYMENT OF AUCTIONEER. | 295.00 | 0.20 | 59.00 |
| | KRM | EVALUATE AND ASSESS ISSUE REGARDING INSURANCE POLICIES NEEDED. | 295.00 | 0.30 | 88.50 |
| | KRM | RECEIPT AND REVIEW REAL PROPERTY LEASE FOR BROADWAY LOCATION, ANALYZE ISSUES. | 295.00 | 0.40 | 118.00 |
| | KRM | DRAFT EMAIL TO DEBTOR'S COUNSEL REGARDING UCC LIENS. | 295.00 | 0.20 | 59.00 |
| | ABN | TELEPHONE CALL FROM TRUSTEE REGARDING NEW CASE. | 375.00 | 0.20 | 75.00 |
| | ABN | TELEPHONE CONFERENCE WITH AUCTIONEER REGARDING NEW CASE. | 375.00 | 0.20 | 75.00 |
| | ABN | TRAVEL TO DEBTOR'S LOCATION; INSPECT; TRAVEL FROM DEBTOR'S LOCATION. | 375.00 | 2.00 | 750.00 |
| | ABN | REVIEW DRAFT OF APPLICATION TO EMPLOY AND ORDER; REVIEW FILE FOR CONFLICTS. | 375.00 | 0.40 | 150.00 |
| | KRM | CONTINUE TO REVIEW DEBTOR PRODUCTION OF DOCUMENTS REGARDING LOCATION OF ASSETS, UCC LIENS, AND LANDLORD CLAIMS. | 295.00 | 0.50 | 147.50 |
| 12/30/2021 | SMR | PREPARATION OF APPLICATION TO EMPLOY AUCTIONEER/APPRAISER; PREPARATION OF DECLARATION; PREPARATION OF ORDER REGARDING SAME; | 175.00 | 1.00 | 175.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH AUCTIONEER REGARDING MARKETING PLAN; REVIEW FILE. | 375.00 | 0.50 | 187.50 |

Page: 2
06/30/2022
Account No: 13022-627
Statement No: 97788

BRIAN MULLEN

BRIARWOOD CABINETRY & MILLWORK, LLC

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | SMR | PREPARATION OF LETTER TO WELLS FARGO REQUESTING CLOSURE OF BANK ACCOUNTS; | 175.00 | 0.30 | 52.50 |
| | SMR | LETTER TO DEBTOR'S COUNSEL TO PRESERVE AND PROTECT ASSETS; | 175.00 | 0.30 | 52.50 |
| | KRM | REVIEW PHOTOS OF EQUIPMENT, STRATEGIZE REGARDING ADDITIONAL SITE VISIT. | 295.00 | 0.30 | 88.50 |
| | KRM | EDIT, REVIEW, REVISE DRAFT PRESERVE AND PROTECT LETTER. | 295.00 | 0.20 | 59.00 |
| | KRM | EDIT, REVIEW, REVISE DRAFT BANK ACCOUNT CLOSURE LETTER. | 295.00 | 0.20 | 59.00 |
| | ABN | TELEPHONE CONFERENCE WITH AUCTIONEER REGARDING STRATEGY. | 375.00 | 0.20 | 75.00 |
| | KRM | DRAFT EMAIL TO DEBTOR'S EMPLOYEE REGARDING EQUIPMENT INSPECTION. | 295.00 | 0.20 | 59.00 |
| | KRM | TELEPHONE CALL FROM DEBTOR'S EMPLOYEE REGARDING CASE BACKGROUND, STATUS OF LIENS, ACCOUNTS RECEIVABLE, AND EQUIPMENT. | 295.00 | 0.50 | 147.50 |
| | KRM | CONFERNCE REGARDING EQUIPMENT INSPECTION. | 295.00 | 0.20 | 59.00 |
| | KRM | DRAFT EMAILS TO DEBTOR'S COUNSEL AND AUCTIONER REGARDING EQUIPMENT INSPECTION. | 295.00 | 0.20 | 59.00 |
| | ABN | TELEPHONE CONFERENCE WITH TRUSTEE REGARDING MEETING AT 2ND LOCATION. | 375.00 | 0.20 | 75.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH S. GOMEZ REGARDING COMPUTER DOCUMENTS; ATTENTION TO SAME. | 375.00 | 0.30 | 112.50 |
| 01/03/2022 | KRM | SERIES OF PHONE CALLS WITH UCC LIENHOLDERS REGARDING PAYOFF REQUESTS. | 295.00 | 0.30 | 88.50 |
| | KRM | CONTINUE TO ASSESS ISSUE REGARDING STATUS OF UCC LIENS. | 295.00 | 0.40 | 118.00 |
| | ABN | PREPARE FOR MEETING; ATTEND MEETING AT 1450 S. 16TH STREET. | 375.00 | 1.80 | 675.00 |
| | KRM | STRATEGIZE REGARDING ESTATE'S POTENTIAL INTEREST IN VEHICLE. | 295.00 | 0.30 | 88.50 |
| 01/04/2022 | KRM | UPDATE CASE STATUS REPORT. | 295.00 | 0.20 | 59.00 |
| | KRM | DRAFT EMAIL TO DEBTOR'S EMPLOYEE REGARDING ESTATE'S INTEREST IN VAN. | 295.00 | 0.20 | 59.00 |
| | ABN | CONFERENCE WITH N. CUNNINGHAM REGARDING STATUS. | 375.00 | 0.20 | 75.00 |
| | ABN | TELEPHONE CALL FROM ATTORNEY MUSIAL REGARDING ROD REPRESENTATION. | 375.00 | 0.20 | 75.00 |
| 01/05/2022 | KRM | TELEPHONE CALL FROM CREDITOR REGARDING DEPOSIT AND RECOVERY OF MATERIALS PURCHASED. | 295.00 | 0.20 | 59.00 |
| | KRM | DRAFT EMAIL TO LANDLORD REGARDING CASE ISSUES. | 295.00 | 0.20 | 59.00 |
| | KRM | CONFERENCE REGARDING POTENTIAL STAY VIOLATIONS BY LANDLORD. | 295.00 | 0.20 | 59.00 |
| | KRM | TELEPHONE CALL FROM LANDLORD OF DEBTOR'S EMPLOYEE'S BUSINESS REGARDING CASE ISSUES. | 295.00 | 0.20 | 59.00 |
| 01/06/2022 | KRM | TELEPHONE CALL FROM LANDLORD REGARDING ISSUES WITH THE BUILDING AND EQUIPMENT. | 295.00 | 0.30 | 88.50 |
| | KRM | DRAFT MEMORANDUM REGARDING CONVERSATION WITH | | | |

BRIAN MULLEN

BRIARWOOD CABINETRY & MILLWORK, LLC

Page: 3
06/30/2022
Account No: 13022-627
Statement No: 97788

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | LANDLORD AND POTENTIAL ISSUES. | 295.00 | 0.30 | 88.50 |
| | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD REGARDING ACCESS TO THE LEASED PREMISES. | 295.00 | 0.20 | 59.00 |
| | KRM | TELEPHONE CONFERENCE WITH AUCTIONEER REGARDING EQUIPMENT INSPECTION. | 295.00 | 0.20 | 59.00 |
| | KRM | RECEIPT AND REVIEW PRODUCTION OF DOCUMENTS FROM CREDITOR REGARDING DEPOSIT AND CABINETS PURCHASED. | 295.00 | 0.40 | 118.00 |
| 01/07/2022 | KRM | EVALUATE AND ASSESS ISSUE REGARDING INTERESTS IN INVENTORY AND FINISHED GOODS IN RESPONSE TO EMAIL FROM GENERAL CONTRACTOR. | 295.00 | 0.40 | 118.00 |
| 01/10/2022 | KRM | TELEPHONE CALL FROM PHIL TERRY REGARDING POTENTIAL SALE OF BUILDING. | 295.00 | 0.20 | 59.00 |
| 01/11/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD REGARDING LIQUIDATION OF EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| 01/12/2022 | ABN | GENERAL REVIEW OF SCHEDULES; CONFERENCE WITH TRUSTEE REGARDING SCHEDULES. | 375.00 | 0.40 | 150.00 |
| 01/13/2022 | SMR | DOWNLOAD AND SAVE SCHEDULES; | 175.00 | 0.10 | 17.50 |
| | KRM | REVIEW SCHEDULES, ANALYZE LIENS. | 295.00 | 0.30 | 88.50 |
| | ABN | TELEPHONE CONFERENCE WITH ATTORNEY MUSIAL REGARDING SCHEDULES; EMAL WITH SAME REGARDING SCHEDULES. | 375.00 | 0.30 | 112.50 |
| | ABN | CONFERENCE WITH TRUSTEE REGARDING BANK FUNDS. | 375.00 | 0.20 | 75.00 |
| 01/14/2022 | KRM | TELEPHONE CALL FROM CUNNINGHAM REGARDING POSSIBLE EQUIPMENT SALE. | 295.00 | 0.20 | 59.00 |
| | KRM | RECEIPT AND REVIEW OF LIEN PAYOFF, ANALYZE ISSUES. | 295.00 | 0.20 | 59.00 |
| | KRM | TELEPHONE CALL FROM LANDLORD REGARDING STATUS OF SALE. | 295.00 | 0.20 | 59.00 |
| | KRM | TELEPHONE CONFERENCE WITH INTERESTED BUYER REGARDING POTENTIAL SALE. | 295.00 | 0.20 | 59.00 |
| | KRM | DRAFT MEMORANDUM REGARDING POTENTIAL REMOVAL OF EQUIPMENT. | 295.00 | 0.30 | 88.50 |
| | ABN | CONFERENCE WITH TRUSTEE REGARDING INTERESTED BUYER; REVIEW EMAIL REGARDING SAME. | 375.00 | 0.30 | 112.50 |
| 01/19/2022 | ABN | CONFERENCE WITH TRUSTEE REGARDING VALUE OF COLLATERAL. | 375.00 | 0.20 | 75.00 |
| 01/20/2022 | KRM | DRAFT EMAIL TO AUCTIONEER REGARDING EQUIPMENT APPRAISAL AND VAN VALUATION. | 295.00 | 0.20 | 59.00 |
| | KRM | REVIEW AUCTIONEER ASSET VALUATIONS, ANALYZE SALE ISSUES. | 295.00 | 0.30 | 88.50 |
| | KRM | RECEIPT AND REVIEW OF PRODUCTION OF DOCUMENTS FROM DEBTOR'S COUNSEL REGARDING CONTRACT FOR CABINETS. | 295.00 | 0.40 | 118.00 |
| | KRM | TELEPHONE CALL FROM ASSET BUYER REGARDING POTENTIAL EQUIPMENT SALE AN CASE ISSUES. | 295.00 | 0.30 | 88.50 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | KRM | REVIEW DEBTOR PRODUCTION OF DOCUMENTS REGARDING COMPANY FINANCIALS. | 295.00 | 1.50 | 442.50 |
| 01/24/2022 | KRM | DRAFT EMAIL TO DEBTOR'S COUNSEL REGARDING UCC LIENS. | 295.00 | 0.20 | 59.00 |
| | KRM | REVIEW FILE, CREATE ASSET MATRIX. | 295.00 | 1.50 | 442.50 |
| | KRM | DRAFT COMPREHENSIVE EMAIL TO US ATTORNEY'S OFFICE REGARDING POTENTIAL CARVE-OUT ARRANGMENT. | 295.00 | 0.30 | 88.50 |
| | KRM | RECEIPT AND REVIEW OF PRODUCTION OF DOCUMENTS FROM DEBTOR'S COUNSEL REGARDING STATUS OF CERTAIN UCC LIENS. | 295.00 | 0.70 | 206.50 |
| 01/25/2022 | KRM | CONFERENCE REGARDING POTENTIAL CARVE-OUT TERMS, EQUIPMENT VALUE, LIENS, AND SALE STRATEGY. | 295.00 | 0.50 | 147.50 |
| | KRM | RECEIPT AND REVIEW OF EMAIL FROM LANDLORD REGARDING CLAIM AGAINST ESTATE. | 295.00 | 0.20 | 59.00 |
| | KRM | DRAFT MEMORANDUM REGARDING POTENTIAL LANDLORD CLAIMS. | 295.00 | 0.30 | 88.50 |
| 01/26/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD OF EMPLOYEE BUSINESS REGARDING LOCK-OUT AND EQUIPMENT SALE. | 295.00 | 0.20 | 59.00 |
| 01/28/2022 | KRM | TELEPHONE CONFERENCE FROM LANDLORD FOR EMPLOYEE BUSINESS REGARDING DISPOSITION OF EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| 01/31/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM SBA REGARDING POTENTIAL CARVE-OUT AGREEMENT. | 295.00 | 0.20 | 59.00 |
| | KRM | CONFERNCE REGARDING 341(A) MEETING. | 295.00 | 0.30 | 88.50 |
| | KRM | DRAFT EMAIL TO ATTORNEY COOL REGARDING ESTATE'S INTEREST IN EQUIPMENT ON HIS CLIENT'S PREMISES. | 295.00 | 0.20 | 59.00 |
| | KRM | STRATEGIZE REGARDING ESTATE'S INTEREST IN LIFE INSURANCE POLICIES. | 295.00 | 0.30 | 88.50 |
| | ABN | PREPARE FOR 341(A) MEETING; ATTEND MEETING; REVIEW AND RESPOND TO E-MAIL WITH ATTORNEY FOR DEBTOR'S OFFICE REGARDING INSURANCE. | 375.00 | 1.80 | 675.00 |
| | DJM | CALENDAR DEADLINE TO OBJECT TO ENGS MOTION FOR RELIEF FROM STAY. | 170.00 | 0.10 | 17.00 |
| 02/03/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD TERRY REGARDING POTENTIAL SALE OF EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD REGARDING DETAILS OF ONSITE AUCTION. | 295.00 | 0.20 | 59.00 |
| | KRM | ANALYZE ISSUE REGARDING POTENTIAL LANDLORD CLAIMS AGAINST THE ESTATE. | 295.00 | 0.20 | 59.00 |
| | KRM | REVIEW AND RESPOND TO EMAIL FROM EMPLOYEE'S LANDLORD REGARDING REMOVAL OF EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| 02/04/2022 | KRM | TELEPHONE CALL FROM AUCTIONEER REGARDING STATUS OF POTENTIAL SALE. | 295.00 | 0.20 | 59.00 |
| 02/07/2022 | KRM | REVIEW EMAILS FROM SBA, ANALYZE POTENTIAL SALE. | 295.00 | 0.20 | 59.00 |

BRIAN MULLEN

BRIARWOOD CABINETRY & MILLWORK, LLC

Page: 5
06/30/2022
Account No: 13022-627
Statement No: 97788

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | DJM | LOCATE CORRECT NAME AND HOW TO SERVE A SUBPOENA DUCES TECUM ON THE HARTFORD; PREPARE TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS PURSUANT TO F.R.B.P. 2004 AND PROPOSED FORM OF ORDER FOR ATTORNEY REVIEW AND REVISION. | 170.00 | 0.50 | 85.00 |
| | ABN | REVIEW AND RESPOND TO E-MAIL WITH SBA REGARDING CARVE OUT; CONFERENCE WITH TRUSTEE REGARDING SAME. | 375.00 | 0.30 | 112.50 |
| 02/08/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM ATTORNEY COOL REGARDING ITEMS AT EMPLOYEE BUSINESS PREMISES. | 295.00 | 0.20 | 59.00 |
| | KRM | EDIT, REVIEW, REVISE DRAFT 2004 EXAMINATION APPLICATION FOR THE HARTFORD. | 295.00 | 0.30 | 88.50 |
| | KRM | SERIES OF EMAILS WITH ATTORNEY COOL REGARDING ESTATE'S INTEREST IN EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| | KRM | CONFERENCE REGARDING LIQUIDATION STRATEGY. | 295.00 | 0.30 | 88.50 |
| 02/09/2022 | KRM | ANALYZE ISSUE REGARDING POTENTIAL ABANDONMENT OF EQUIPMENT. | 295.00 | 0.30 | 88.50 |
| 02/11/2022 | ABN | CONFERENCE WITH TRUSTEE REGARDING ABANDON. | 375.00 | 0.20 | 75.00 |
| | KRM | STRATEGIZE REGARDING ABANDONMENT OF EQUIPMENT. | 295.00 | 0.30 | 88.50 |
| | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD REGARDING STATUS OF POTENTIAL SALE. | 295.00 | 0.20 | 59.00 |
| 02/14/2022 | KRM | TELEPHONE CALL FROM LANDLORD REGARDING STATUS OF EQUIPMENT COLLATERAL. | 295.00 | 0.20 | 59.00 |
| | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD REGARDING STATUS OF UCC LIENS. | 295.00 | 0.20 | 59.00 |
| 02/15/2022 | DJM | PREPARE NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY | 170.00 | 0.30 | 51.00 |
| | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD REGARDING STATUS OF EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| | KRM | EDIT, REVIEW, REVISE DRAFT NOTICE OF ABANDONMENT. | 295.00 | 0.30 | 88.50 |
| 02/16/2022 | DJM | FINALIZE AND FILE NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY; SERVE COPIES OF THE SAME VIA EMAIL. | 170.00 | 0.20 | 34.00 |
| 02/19/2022 | ABN | REVIEW BNC CERTIFICATE OF SERVICE REGARDING ABANDON. | 375.00 | 0.10 | 37.50 |
| 02/22/2022 | DJM | DOWNLOAD AND SAVE BNC; CALENDAR DEADLINE TO OBJECT TO NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY. | 170.00 | 0.10 | 17.00 |
| 02/28/2022 | DJM | FINALIZE AND FILE TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS PURSUANT TO F.R.B.P. 2004; LODGE PROPOSED FORM OF ORDER; FILE NOTICE OF LODGING PROPOSED ORDER; SERVE COPIES OF THE APPLICATION VIA MAIL AND EMAIL. | 170.00 | 0.20 | 34.00 |

Page: 6
06/30/2022
Account No: 13022-627
Statement No: 97788

BRIAN MULLEN

BRIARWOOD CABINETRY & MILLWORK, LLC

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 03/03/2022 | DJM | DOWNLOAD AND SAVE SIGNED 2004 ORDER, CALENDAR DATE FOR PRODUCTION OF DOCUMENTS; PREPARE SUBPOENA DUCES TECUM. | 170.00 | 0.40 | 68.00 |
| | KRM | EDIT, REVIEW, REVISE DRAFT SUBPOENA DUCES TECUM TO THE HARTFORD. | 295.00 | 0.30 | 88.50 |
| 03/07/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM LANDLORD REGARDING CLAIMS BAR DATE AND ABANONMENT OF EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| 03/10/2022 | KRM | TELEPHONE CALL FROM DEBTOR'S COUNSEL REGARDING STATUS OF EQUIPMENT ABANDONMENT. | 295.00 | 0.20 | 59.00 |
| | DJM | PREPARE CERTIFICATE OF NO OBJECTION AND PROPOSED ABANDONMENT ORDER. | 170.00 | 0.30 | 51.00 |
| | KRM | EDIT, REVIEW, REVISE DRAFT CERTIFICATE OF NO OBJECTION AND ORDER REGARDING ABANDONMENT OF EQUIPMENT. | 295.00 | 0.30 | 88.50 |
| | KRM | DRAFT EMAIL TO LANDLORD REGARDING ENTRY OF ABANDONMENT ORDER. | 295.00 | 0.20 | 59.00 |
| 03/11/2022 | DJM | FINALIZE AND FILE CERTIFICATE OF NO OBJECTION; LODGE PROPOSED ABANDONMENT ORDER; FILE NOTICE OF LODGING PROPOSED ORDER. | 170.00 | 0.20 | 34.00 |
| 03/15/2022 | DJM | FINALIZE AND PROCESS CERTIFIED MAILING OF SUBPOENA DUCES TECUM; PREPARE AND FILE CERTIFICATE OF MAILING. | 170.00 | 0.30 | 51.00 |
| | KRM | EDIT, REVIEW, REVISE DRAFT CERTIFICATE OF MAILING. | 295.00 | 0.20 | 59.00 |
| | KRM | REVIEW AND RESPOND TO EMAIL FROM CREDITOR REGARDING REPLEVIN OF EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| 03/17/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM LENDER REGARDING EQUIPMENT REPLEVIN. | 295.00 | 0.20 | 59.00 |
| 03/31/2022 | KRM | REVIEW AND RESPOND TO EMAIL FROM LIENHOLDER REGARDING WHEREABOUTS OF EQUIPMENT. | 295.00 | 0.20 | 59.00 |
| 06/09/2022 | KRM | TELEPHONE CALL FROM CREDITOR REGARDING CASE STATUS. | 295.00 | 0.20 | 59.00 |
| 06/30/2022 | DLA | FINALIZE TRUSTEE ATTORNEY FEE APPLICATION AND RELATED DOCUMENTS. | 120.00 | 1.00 | 120.00 |
| | | For Current Services Rendered | | 40.60 | 11,953.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| ADAM B. NACH | 10.00 | $375.00 | $3,750.00 |
| SHEILA M. ROCHIN | 2.70 | 175.00 | 472.50 |
| DANICA ACOSTA | 1.00 | 120.00 | 120.00 |
| KRISTOFER R. MCDONALD | 24.30 | 295.00 | 7,168.50 |
| DEB MCKERNAN | 2.60 | 170.00 | 442.00 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 12/29/2021 | COPIES; @ .15 EACH | 1.05 |
| 01/03/2022 | POSTAGE 1 @ $.53 | 0.53 |
| 01/31/2022 | MVD RECORDS SEARCH | 16.25 |
| 03/03/2022 | COPIES; @ .15 EACH | 1.80 |
| 03/03/2022 | POSTAGE 1 @ $4.48 | 4.48 |
| 03/03/2022 | POSTAGE 1 @ $.73 | 0.73 |
| 03/15/2022 | COPIES; @ .15 EACH | 1.80 |
| 03/15/2022 | POSTAGE 1 @ $4.68 | 4.68 |
|  | Total Expenses | 31.32 |
|  | Total Current Work | 11,984.32 |

**Balance Due**                                                                $11,984.32